AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| ERNESTO CARABALLO,<br>      Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>      Defendant. | **JUDGMENT**<br>**CASE NO. 4:12-CV-125-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court ADOPTS the Memorandum and Recommendations [D.E. 28]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 22] is GRANTED, Defendant's Motion for Judgment on the Pleadings [D.E. 24] is DENIED, and the action is REMANDED to the Commissioner under sentence 42 U.S.C. § 405(g).

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JUNE 21, 2013,** WITH A COPY TO:

Janet M. Lyles  (via CM/ECF electronic notification)
Leo R. Montenegro   (via CM/ECF electronic notification)

| | |
|---|---|
| June 21, 2013<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina